# Third District Court of Appeal

## State of Florida

Opinion filed August 25, 2021.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D21-0724
Lower Tribunal No. F04-29546
_____

**Arnaldo Lugo-Fernandez,**
Petitioner,

vs.

**Mark S. Inch, etc., et al.,**
Respondents.

A Case of Original Jurisdiction – Habeas Corpus.

Arnaldo Lugo-Fernandez, in proper person.

Ashley Moody, Attorney General, for respondents.

Before SCALES, LOBREE and BOKOR, JJ.

PER CURIAM.

Petitioner seeks habeas corpus relief raising an argument which he has raised in multiple previous appeals or petitions. Petitioner may not

rephrase or re-raise the same argument, or variations thereof, multiple times. Additionally, Petitioner cannot seek relief on an issue adjudicated by this Court by recasting what would be a successive (or otherwise improper) postconviction collateral appeal as a habeas corpus petition. See, e.g., Baker v. State, 878 So. 2d 1236, 1245 (Fla. 2004) ("The remedy of habeas corpus is not available in Florida to obtain the kind of collateral postconviction relief available by motion in the sentencing court pursuant to rule 3.850."). Petition dismissed.